|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>COUNTY OF | INDEX NO: 08CV00155<br>FILED ON: January 8, 2008<br>DISTRICT: Southern/New York |

*Fred Alston, as Trustee of the Local 272 Labor-Management Pension Fund; Fred Alston, as Trustee of the Local 272 Welfare Fund*

vs                                                                                          Plaintiff(s)

*Manhattan Parking (Group 20)*

Defendant(s)

STATE OF NEW YORK, COUNTY OF ALBANY, SS.:      **AFFIDAVIT OF SERVICE BY THE SECRETARY OF STATE**

_____ Stephen L. Collen _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___ January 30, 2008 ___, at ___ 10:30am ___, at the office of the Secretary of State of the State of New York in the City of Albany, New York, deponent served the annexed ___ Summons in a Civil Case, Complaint ___, on ___ Manhattan Parking (Group 20) ___

Defendant in this action, by delivering to and leaving with ___ Donna Christie ___, Authorized Agent, in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, one (1) true copy thereof and that at the time of making such service, deponent paid said Secretary of State the statutory fee, if required. Service was made pursuant to Section 307 Business Corporation Law.

[X] Service was completed by mailng notice of such service and one (1) true copy thereof by   [X] Registered or
[ ] 1st Class Mail and Certified Mail, # ___ RE314664365 ___, Return Receipt Requested on ___ February 5, 2008 ___
to said defendant at: ___ 545 5th Avenue, Suite 310 New York, NY 10017 ___.
Papers so served were properly endorsed with the index number and date of filing.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:   Approx. Age: 44 years    Approx. weight: 130 lbs    Approx. Ht.: 5'5"
Sex: female    Color of skin: white    Color of hair: brown    Other: Glasses

Sworn to before me on ___ February 5, 2008 ___

MARCY A. O'HARE
NOTARY PUBLIC, State of New York
No. 4865530, Qualified in Albany County
Term Expires July 14, 2010

Stephen L. Collen

Invoice•Work Order # 0800527