Jeffrey S. Dubin (JD-0446)
Attorney for the Plaintiffs
464 New York Avenue
Suite 100
Huntington, New York 11743
(631) 351-0300
(631) 351-1900 FAX
dubinjs@cs.com

COURTESY COPY

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
FRED ALSTON, as a Trustee of THE
LOCAL 272 LABOR-MANAGEMENT PENSION FUND;
FRED ALSTON, as a Trustee of THE                    Civil Action No.
LOCAL 272 WELFARE FUND,                             08cv00155(HB/GWG)

                        Plaintiffs,

                                                    VOLUNTARY
        -against-                                   DISMISSAL
                                                    and ORDER

MANHATTAN PARKING (Group 20),

                        Defendant.

------------------------------------------X

    IT IS HEREBY STIPULATED by the undersigned that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the above action is dismissed without prejudice and without costs to either party, defendant not having answered. I hereby consent to the entry of this proposed order.

Dated: February 14, 2008

                                            _____
                                            Jeffrey S. Dubin (JD-0446)
                                            Attorney for Plaintiffs

SO ORDERED:

_____
United States District Judge

Date_____2/25/08_____